UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

RICHARD ARJUN KAUL, MD

Plaintiff

v.

FEDERATION OF STATE MEDICAL BOARDS
ET AL.

Defendants.

---

Case No.: 20-CV-18853

**VOLUNTARY DISMISSAL OF CASE WITHOUT PREJUDICE**

I, Richard Arjun Kaul, the Propria Persona Plaintiff, do pursuant to the authority of Rule 41(a)(1)(A)(B) immediately dismiss this case without prejudice.

Dated: July 1, 2021

_____
RICHARD ARJUN KAUL, MD

cc: United States District Court, District of Massachusetts